UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 2 0 2023
AT____ O'CLOCK____
John M. Domurad, Clerk - Syracuse

Plaintiff(s): Amanda Husted

vs.

Defendant(s): Lee Shibley

Civil Case No.: 5:23-cv-79 (DNH/ATB)

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: __X__ JURY  ____ COURT  (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Amanda M. Husted

   Address: 141 Elmwood Avenue
   
   Syracuse, N.Y. 13207

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Lee Shibley

   Official Position: Landlord

   Address: 113 Sunstruck
   
   Syracuse, N.Y. 13206

    b.    Defendant: _____

         Official Position: _____

         Address: _____

                    _____

                    _____

    c.    Defendant: _____

         Official Position: _____

         Address: _____

                    _____

                    _____

Additional Defendants may be added on a separate sheet of paper.

4.                             FACTS

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

I rented a store front from Mr. Shibley for (3) years/lease. Covid-19 hit the United States and the Governor gave all tenants an extention on rent and moving out. Before my lease was even up, and without a Court Order, Mr. Lee Shibley changed the locks, kept food cart mobile unit, merchandise in store and rear shed.

5.                      CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

We leased a storefront in March of 2017 for a (3) year term. My husband got incarcerated in November 2019 and Lee Shibley changed the locks on me, this was in February of 2020 before our lease was up.

### SECOND CAUSE OF ACTION

Mr. Shibley would not let me in the property and chose to keep all of our merchandise and Mobile food unit, shed out back of the store and merchandise therein. He was being a bully to a woman

### THIRD CAUSE OF ACTION

After numerous attemps and phone calls, my husband called numerous times and Mr. Shibley said, "what do I get for storing it?" He would never let me get my things, even after Governor Hochul ordered and extention on rent and business leasees. He has in his possession over 100,000.00 worth of merchandise, personal property, mobile food unit and shed with merchandise we had built from the ground up. As of November 2022, He still refuses to turnover our merchandise and is using our ADT.

6.   PRAYER FOR RELIEF

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

I ask that We be given a trial date in front of a jury of Our peers and that Mr. Shibley be made to pay 100,000. in property liability and he be held accountable for changing the locks without a Court Order.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 1/6/23

_Amanda Husted_

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010